*Matthew Hale* and *Albert C. Tennant* for appellant.

*Frederick E. Crane* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.

———

KONSTANTINE KOSTERS, by Guardian ad Litem, Respondent, *v.* THE BROOKLYN, BATH AND WEST END RAILROAD COMPANY, Appellant.

*Kosters* v. *Brooklyn, B. & W. E. R. R. Co.*, 10 Misc. Rep. 18, affirmed.
(Argued October 29, 1896; decided December 1, 1896.)

APPEAL from a judgment of the General Term of the City Court of Brooklyn entered October 27, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Albert C. Tennant* and *Matthew Hale* for appellant.

*George W. Miller* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.